IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| BANK OF AMERICA, N.A., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACT. NO. 2:10cv975-CSC |
| | ) | (WO) |
| THOMAS E. NEWTON, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

_____

| | | |
|---|---|---|
| BANK OF AMERICA, N.A., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACT. NO. 2:10cv976-CSC |
| | ) | (WO) |
| NEWTON OLDACRE | ) | |
| MCDONALD, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

Upon consideration of the parties' Joint Motion to Vacate Judgement and for the Court to Maintain Jurisdiction for Enforcement of Settlement Agreement (doc. # 94) filed on November 30, 2012, and for good cause, it is

ORDERED as follows:

1.    That the Final Judgment entered by the Court on November 5, 2012 (doc. # 93) be and is hereby VACATED;

2. That the terms and conditions of the parties' settlement agreement which has been reviewed by the Court *in camera*, be and are hereby incorporated by reference herein;

3. That the Court shall maintain jurisdiction over this action for the purpose of enforcing the parties' settlement agreement;

4. That the parties shall file a joint status report on or before March 13, 2013, July 17, 2013, and November 12, 2013, reflecting the parties' performance under the settlement agreement.

Done this 30th day of November, 2012.

        /s/Charles S. Coody
CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE